UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ATAKAPA INDIAN DE CREOLE NATION *AKA* "TRIBE OF מֹשֶׁה†MOSES" EXPRESS SPENDTHRIFT TRUST | CIVIL ACTION<br><br>NO. 22-00539-BAJ-RLB |

**ORDER TO SHOW CAUSE**

For the reasons stated in the Court's May 11, 2023 Ruling and Order dismissing the above-captioned action with prejudice (the "May 11 Dismissal Order"), which is incorporated by reference as if fully set forth herein,

**IT IS ORDERED** that within 14 days of the date of this Order, attorney Edward Moses, Jr. of the Moses Law Firm, L.L.C. (La. Bar No. 30646) shall submit a written memorandum **not** to exceed **25** pages **SHOWING CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** for his conduct as set forth in the Court's May 11 Dismissal Order, pursuant to:

- Federal Rule of Civil Procedure 11(b)(1)-(2) for advancing claims in this action that have already been determined frivolous, and thus for an improper purpose;

- Local Civil Rule 83(b)(6) and 83(b)(1), and Louisiana Professional Conduct Rules 3.1 (Meritorious Claims And Contentions), Rule 3.3 (Candor Toward The Tribunal), Rule 3.4 (Fairness To Opposing Party And Counsel), and 8.4(c) (Misconduct), for advancing claims in this action that have already been determined frivolous, and thus for an improper purpose;

- This Court's inherent powers, based on Mr. Moses's apparent disregard for this Court's prior warning in *Atakapa Indian de Creole Nation v. Trump, et al.* that his claims are frivolous and that re-adjudicating them is a waste of judicial resources, based on Mr. Moses's apparent willingness to advance frivolous claims in his clients' name, as illustrated by *Colbert v. Paul, et al.* and *Warner v. Vermillion Parish Rabies & Animal Control, et al.*, and/or based on the cumulation of the

foregoing acts set forth herein and in the Court's the Court's May 11 Dismissal Order.

Possible sanctions include payment of Respondents' attorneys' fees incurred as a result of responding to this action, reprimand, ethics training, professional counseling, a civil fine, suspension, and disbarment.

**IT IS FURTHER ORDERED** that, consistent with Local Civil Rule 83(b)(12), this Show Cause Order and the facts set forth in the Court's May 11 Dismissal Order shall serve as notice of (1) the alleged grounds for discipline, (2) the range of possible sanctions to be imposed, and (3) Mr. Moses's right to counsel throughout the disciplinary proceedings. Upon receipt of Mr. Moses's show cause memorandum, the Court shall set a hearing on the disciplinary issues set forth herein.

**IT IS FURTHER ORDERED** that, consistent with Local Civil Rule 83(b)(12), the Clerk of Court shall assign this Order To Show Cause a miscellaneous action number allocated to the undersigned, and, further, shall forward a copy of this Order to Respondents' counsel and to the Chief Judge. All future filings related to the disciplinary proceedings against Mr. Moses shall be entered in the new miscellaneous action.

Baton Rouge, Louisiana, this 11th day of May 2023

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA